# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW A. DAVIS,
Appellant,
vs.
BRIAN WILLIAMS, WARDEN; AND
OFFENDER MANAGEMENT DIVISION
STATE OF NEVADA,
Respondents.

No. 71336

**FILED**

JUN 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying appellant Matthew Davis's May 19, 2016, postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge. Davis challenges the computation of time he has served. We affirm.[1]

Davis contends he is owed 10 days' statutory good-time credit for each month he served in prison between March 2004 and June 2007. The record shows that Davis received credit for that time and is not entitled to additional credit off of his maximum sentences.

Davis also contends that NDOC erroneously failed to apply any statutory credits to his minimum sentence. This is new argument not raised below, and we decline to consider it on appeal in the first instance.

---

[1]Having considered the pro se brief filed by Davis, we conclude that a response is not necessary. NRAP 46A(c). This appeal therefore has been submitted for decision based on the pro se brief and the record. *See* NRAP 34(f)(3).

17-19855

*See Davis v. State*, 107 Nev. 600, 606, 817 P.2d 1169, 1173 (1991), *overruled on other grounds by Means v. State*, 120 Nev. 1001, 1012-13, 103 P.3d 25, 33 (2004).

For the foregoing reasons, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Linda Marie Bell, District Judge
Matthew A. Davis
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk